IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FANNIE MARIE WINBUSH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:15-CV-3490-D |
| | § | |
| ANOINTED DOVE MINISTRIES AND | § | |
| RONA LEWIS WOODS | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct, and that the recommendation is correct in part. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, except that the court will decline to exercise supplemental jurisdiction over any state-law claims that plaintiff alleges rather than summarily dismiss the claims with prejudice.

**SO ORDERED**.

February 25, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE